| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**You Ya Interior Designs, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba; D.O.T.I. Huntington Beach** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **20-5056949** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA**<br><br>ZIP CODE **90275** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA** | ZIP CODE **90275** |
|---|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7     ☐ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9     ☐ Chapter 12<br>                   ☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 5,001-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**You Ya Interior Designs, Inc.** | **FORM B1,** Page 2 |
|---|---|---|

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____<br>     Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Exhibit D** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑  No | (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s)
**You Ya Interior Designs, Inc.**

FORM B1, Page 3

## Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X **/s/, Peter M. Lively**
_____
Signature of Attorney for Debtor(s)

**Peter M. Lively, Esq.**
_____
Printed Name of Attorney for Debtor(s)

**Law Office of Peter M. Lively**
_____
Firm Name

**11965 Venice Blvd., Suite 301 Los Angeles, CA 90066**
_____
Address

**(310) 899-0630**           **(310) 899-0632**
_____
Telephone Number

**12/17/2009**               **162686**
_____
Date                         Bar Number

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
                         Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/, Gregory E. Cannan**
_____
Signature of Authorized Individual

**Gregory E. Cannan**
_____
Printed Name of Authorized Individual

**Director**
_____
Title of Authorized Individual

**12/17/2009**
_____
Date

## United States Bankruptcy Court

### Central District of California

In re:

**You Ya Interior Designs, Inc.**

Case No. _____

Chapter      **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Gregory E. Cannan**, declare under penalty of perjury that I am the **Director** of **You Ya Interior Designs, Inc.,** a **California** Corporation and that on  the following resolution was duly adopted by the **Gregory E. Cannan** of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gregory E. Cannan**, **Director** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that **Gregory E. Cannan**, **Director** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


 Be It Further Resolved, that **Gregory E. Cannan**, **Director** of this Corporation, is authorized and directed to employ **Peter M. Lively, Esq.**, attorney and the law firm of **Law Office of Peter M. Lively** to represent the Corporation in such bankruptcy case."



Executed on:   **12/17/2009** _____

Signed:   **/s/, Gregory E. Cannan** _____
          **Gregory E. Cannan**

## United States Bankruptcy Court
## Central District of California

In re  **You Ya Interior Designs, Inc.**                     Case No.

Debtor.                                          Chapter  **7**


## STATEMENT OF CORPORATE OWNERSHIP

Comes now **You Ya Interior Designs, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:


___**X**___  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| Owner | % of Shares Owned |
|---|---|
| **Gregory E. Cannan**<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA 90275** | **90** |
| **Srianni Cannan**<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA 90275** | **10** |

OR,

_____ There are no entities to report.


By /s/. Peter M. Lively
_____
**Peter M. Lively, Esq.**
Signature of Attorney

Counsel for    **You Ya Interior Designs, Inc.**

Bar no.:        **162686**

Address.:      **Law Office of Peter M. Lively**
                **11965 Venice Blvd., Suite 301**
                **Los Angeles, CA 90066**

Telephone No.: **(310) 899-0630**
Fax No.:        **(310) 899-0632**
E-mail address: **PeterMLively@aol.com**

**STATEMENT OF RELATED CASES**

**INFORMATION REQUIRED BY LOCAL RULE 1015-2**

**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

 **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Los Angeles**                         , California   **/s/, Gregory E. Cannan**
                                                              Debtor

Dated:  **12/17/2009**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                          **F 1015-2.1**

Form B6 - Summary (12/07)

2007 USBC, Central District of California

## United States Bankruptcy Court

## Central District of California

| In re **You Ya Interior Designs, Inc.** | Case No.: |
|---|---|
| Debtor. | (if known) |

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | YES | 1 | $ 0.00 | | |
| B - | Personal Property | YES | 2 | $ 4,000.00 | | |
| C - | Property Claimed as Exempt | NO | | | | |
| D - | Creditors Holding Secured Claims | YES | 1 | | $ 361,183.73 | |
| E - | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - | Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $ 680,348.25 | |
| G - | Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - | Codebtors | YES | 1 | | | |
| I - | Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - | Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| | TOTAL | | 21 | $ 4,000.00 | $ 1,041,531.98 | |

Official Form B6 - Statistical Summary (12/07)                    2007 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re **You Ya Interior Designs, Inc.** | CHAPTER: **7** |
|---|---|
| Debtor. | CASE NO.: |

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ **0.00** |
| Student Loan Obligations (from Schedule F) | $ **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ **0.00** |
| TOTAL | $ **0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **355,322.95** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **668,132.92** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **1,023,455.87** |

Form B6A - (12/07)                                                                 2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | $      0.00 | $      0.00 |
| | | Total ➢ | $    0.00 | |

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re **You Ya Interior Designs, Inc.** | Case No.: |
|---|---|
| Debtor. | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Bank<br>Checking Account<br>No. XXXX-5890<br>(estimated balance)** | | **0.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Form B6B - (12/07)                                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22 Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23 Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25 Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26 Boats, motors, and accessories. | X | | | |
| 27 Aircraft and accessories. | X | | | |
| 28 Office equipment, furnishings, and supplies. | | **3 computers, monitors, printers, desk, chair and other misc. office supplies** | | **2,000.00** |
| 29 Machinery, fixtures, equipment and supplies used in business. | | **Panasonic TDA50 TVA50 Telephone System (Lease Agreement)** | | **2,000.00** |
| 30 Inventory. | X | | | |
| 31 Animals. | X | | | |
| 32 Crops - growing or harvested. Give particulars. | X | | | |
| 33 Farming equipment and implements. | X | | | |
| 34 Farm supplies, chemicals, and feed. | X | | | |
| 35 Other personal property of any kind not already listed. Itemize. | X | | | |

<u>   1   </u>   continuation sheets attached                                    **$  4,000.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6D - (12/07)                                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    **XXXX-3000** **Graybar Financial Services, LLC P.O. Box 550599 Jacksonville, FL 32255** | | | **Loan Secured by a Panasonic TDA50 TVA50 Telephone System (Lease Agreement)** Value $2,000.00 | | | | 1,860.78 | 0.00 |
| Last four digits of ACCOUNT NO.    **XXXX-6000** **Small Business Loan Source, LLC 9801 Westheimer Road, 11th Floor Houston, TX 77042** | X | | **UCC-1 Loan Secured by Bussiness and Misc. Office equipment, Account Receivables, Inventory, Documents, Contracts, Chattel Paper, Proceeds, General Intangibles and Instruments** Value $4,000.00 | | | | 359,322.95 | 355,322.95 |

0 continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) ➤ | $    361,183.73 | $    355,322.95 |
| Total (Use only on last page) ➤ | $    361,183.73 | $    355,322.95 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 12/07)                                                                                                2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals:** Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑    **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

Form B6E- (Rev. 12/07)                                                                    **2007 USBC, Central District of California**

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| | Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-1002**<br>**American Express**<br>**P.O. Box 297804**<br>**Ft. Lauderdale, FL 33329**<br><br>**American Express**<br>**c/o GC Services**<br>**P.O. Box 46960**<br>**Saint Louis, MO 63146** | X | | Credit Card<br><br>08/2008 - 06/2009 | | | | 527.07 |
| Last four digits of ACCOUNT NO.  **XXXX-2007**<br>**American Express**<br>**P.O. Box 297804**<br>**Ft. Lauderdale, FL 33329** | X | | Credit Card<br><br>12/2006 - 06/2009 | | | | 22,308.94 |
| Last four digits of ACCOUNT NO.  **XXXX-0800**<br>**AT&T Advertising Solutions**<br>**P.O. Box 989046**<br>**West Sacramento, CA 95798**<br><br>**AT&T Advertising Solutions**<br>**c/o First Collection Service**<br>**10925 Otter Creek E. Blvd**<br>**Mabelvale, AR 72103** | | | Advertising Services<br><br>04/2009 - 10/2009 | | | | 800.91 |

<u>12</u>   Continuation sheets attached

|  |  |
|---|---|
| Subtotal ➢ | $      23,636.92 |
| Total ➢ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F) - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **XXXX-1124** <br> **Bella Terra Associates, LLC.** <br> **P.O. Box 31001** <br> **Pasadena, CA 91110** <br><br><br> **Bella Terra Associates, LLC.** <br> **c/o Barry J. Jacobs** <br> **23762 Salvador Drive** <br> **Mission Viejo, CA 92691** | X | | **June 2009 and July 2009 Rent for Commercial Space** | | | | 16,558.08 |
| Last four digits of ACCOUNT NO. **XXXX-0069** <br> **Best Designs** <br> **4910 Lakawana Street** <br> **Dallas, TX 75247** | | | **Furniture Freight Vendor** <br><br> **[may include invoices: 0069, 0382, 0059, 0312]** <br><br> **4/2009** | | | | 2,764.57 |
| Last four digits of ACCOUNT NO. **XXXX-3000** <br> **Blonder Home** <br> **P.O. Box 200206** <br> **Pittsburgh, PA 15251** <br><br> **Blonder Home** <br> **c/o TBC Sample Book Corporation** <br> **8500 Clinton Road** <br> **Brooklyn, OH 44144** | | | **Accessories Vendor** <br><br> **05/2009 - 10/2009** | | | | 43.50 |
| Last four digits of ACCOUNT NO. **XXXX-1000** <br> **Carole Fabrics** <br> **1597 Paysphere Circle** <br> **Chicago, IL 60674** | | | **Fabric Vendor** <br><br> **05/2009 - 06/2009** | | | | 946.07 |

Sheet no. _1_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal >   $        **20,312.22**

Total >   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)

2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **XXXX-7666** **Casa Fiora** **4817 Starcrest Drive** **Monroe, NC 28110** | | | **Window Treatments Vendor** **04/2009 - 10/2009** | | | | 390.00 |
| Last four digits of ACCOUNT NO. **XXXX-5648** **CBK, Inc.** **P.O. Box 143** **Union City, TN 38281** **CBK, Inc.** **c/o Receivable Management Services** **P.O. Box 523** **Richfield, OH 44286** | | | **Accessories Vendor** **05/2009 - 10/2009** | | | | 219.02 |
| Last four digits of ACCOUNT NO. **XXXX-3858** **County of Orange** **Sealer of Weights & Measures** **222 E. Bristol Lane** **Orange, CA 92865** | | | **Annual Business Registration Dues** **08/2009** | | | | 17.50 |
| Last four digits of ACCOUNT NO. **XXXX-0001** **Dawn Keenan-O'neal** **3116 Lamam Ave.** **Long Beach, CA 90808** | | | **Credit Line** **09/2009** | | | | 400.00 |

Sheet no. 2 of 12 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ˃ | $ | 1,026.52 |
| Total ˃ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                          2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-0050** **Eastern Accents** **4201 West Belmont Ave.** **Chicago, IL 60641** **Eastern Accents** **c/o C&W Consultants** **P.O. Box 8338** **Rolling Meadows, IL 60008** | | | Bedding Vendor [may include invoices: 470050, 475177, 474871] 04/2009 - 05/2009 | | | | 1,122.72 |
| Last four digits of ACCOUNT NO.  **XXXX-1062** **Fabrics for Living Style for Life** **P.O. Box 1270** **Gape Girardeau, MO 63702** | | | Fabric Vendor 04/2009 | | | | 498.26 |
| Last four digits of ACCOUNT NO.  **XXXX-5574** **Fabricut, Inc.** **P.O. Box 470490** **Tulsa, OK 74147** **Fabricut, Inc.** **c/o Levy, Diamond, Bello & Assoc.** **P.O. Box 352** **Milford, CT 06460** **Fabricut, Inc.** **c/o Law Offices of Louis Jacobs** **11693 San Vicente Blvd., Suite 318** **Los Angeles, CA 90049** | | | Fabric Vendor [may inlcude invoices: X-5574, X-3213, X-9427, X-2218, X-2283, X-0149, X-8081, X-3138, X-6754, X-9428, X-8264, X-3736, X-3737, X-3756, X-3757, X-9557, X-9574] 05/2009 - 06/2009 | | | | 2,316.96 |

Sheet no. __3__ of __12__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 3,937.94 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | You Ya Interior Designs, Inc.<br><br>Debtor. | Case No.:<br><br>(If known) |
|---|---|---|

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS<br>INCURRED AND<br>CONSIDERATION FOR<br>CLAIM.<br>IF CLAIM IS SUBJECT TO<br>SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF<br>CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  XXXX-1122<br>**Farmers Insurance**<br>**15801 Hawthorne, Suite 490C**<br>**Lawndale, CA 90260** | | | **Insurance Premuim**<br><br>**06/2009** | | | | 185.19 |
| Last four digits of ACCOUNT NO.  XXXX-0629<br>**Feizy Import & Export Company, LTD.**<br>**1949 Stemmons Freeway**<br>**Dallas, TX 75207**<br><br><br>**Feizy Import & Export Company, LTD.**<br>**c/o Anthony Veader**<br>**1949 Stemmons Freeway**<br>**Dallas, TX 75207** | | | **Rug Vendor**<br><br>**04/2009** | | | | 769.00 |
| Last four digits of ACCOUNT NO.  XXXX-1840<br>**Fine Furniture Design**<br>**1107 North Main Street**<br>**High Point, NC 27262**<br><br><br>**Fine Furniture Design**<br>**BB&T Commercial Finance**<br>**P.O. Box 310**<br>**High Point, NC 27261** | | | **Furniture Vendor**<br><br>**04/2009** | | | | 595.00 |
| Last four digits of ACCOUNT NO.  XXXX-5011<br>**First Equity Card**<br>**P.O. Box 84075**<br>**Columbus, GA 31901** | X | | **Credit Card**<br><br>**03/2009** | | | | 7,955.57 |

Sheet no.  4 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ➤ | $ | 9,504.76 |
|---|---|---|---|
| | Total ➤ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                        **2007 USBC, Central District of California**

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **XXXX-1187** **Global Views** **P.O. Box 11527** **Fort Worth, TX 76110** | | | Accessories Vendor 06/2009 | | | | 373.50 |
| Last four digits of ACCOUNT NO. **XXXX-0002** **Gregory and Srianni Cannan** **2959 Crest Road** **Rancho Palos Verdes, CA 90275** | | | Loans from Shareholders 03/2006 - 06/2009 | | | | 165,827.00 |
| Last four digits of ACCOUNT NO. **XXXX-197A** **Guardian Freight, LLC** **P.O. Box 8500 LB# 8116** **Philadelphia, PA 19178** | | | Freight Services 04/2009 | | | | 104.13 |
| Last four digits of ACCOUNT NO. **XXXX-6275** **Hekman Furniture** **860 E. Main Ave.** **Zeeland, MI 49464** | | | Furniture Vendor 11/2008 | | | | 3,488.00 |

Sheet no. 5 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ›  | $ | 169,792.63

Total ›  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits ACCOUNT NO.  **XXXX-2277** **Hooker Furniture Corporation** P.O. Box 404535 Atlanta, GA 30384  **Hooker Furniture Corporation** c/o Furniture Manufacturers Credit P.O. Drawer 5929 High Point, NC 27262  **Hooker Furniture Corporation** c/o George L. Cohn P.O. Box 5000 Redondo Beach, CA 90278 | | | Furniture Vendor  05/2009 | | | | 4,668.19 |
| Last four digits ACCOUNT NO.  **XXXX-0504** **Innovative Merchant Solutions** 21215 Burbank Blvd., Suite 100 Woodland Hills, CA 91367 | | | Business Services  07/2009 | | | | 6,582.72 |
| Last four digits ACCOUNT NO.  **XXXX-0894** **Jaunty Co., Inc.** 13535 S. Figueroa Street Los Angeles, CA 90061 | | | Rug Vendor  10/2008 - 11/2008 | | | | 2,052.00 |

Sheet no.  6 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal > | $ | 13,302.91 |
|---|---|---|---|
| | Total > | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|-------|-----------------------------------|-----------|---|
| | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-9072**<br>**Lexington Home Brands**<br>**1300 National Highway**<br>**Thomasville, NC 27360** | | | **Furniture Vendor**<br><br>**[may include invoices: X-9072, X-9198, X-3033, X-8077, X-7133, X-6601, X-6538, X-8090, X-6820, X-5544, X-9748, X-3959, X-3559, X-4117, X-4260]**<br><br>**03/2009 - 05/2009** | | | | 11,031.25 |
| Last four digits of ACCOUNT NO.  **XXXX-2176**<br>**LUXE The Home Redefined**<br>**3731 NW 8th Avenue**<br>**Boca Raton, FL 33431**<br><br><br>**Sandow Media LLC.**<br>**c/o Johnson, Morgan & White**<br>**6800 Broken Sound Parkway**<br>**Boca Raton, FL 33487** | | | **Advertising Services**<br><br>**03/2009 - 04/2009** | | | | 6,640.41 |
| Last four digits of ACCOUNT NO.  **XXXX-1304**<br>**Maitland-Smith USA, Inc.**<br>**P.O. Box 2085**<br>**High Point, NC 27261** | | | **Lighting Vendor**<br><br>**05/2009** | | | | 61.00 |
| Last four digits of ACCOUNT NO.  **XXXX-0586**<br>**Mario & Marielena**<br>**1555 Interstate Drive**<br>**Cookeville, TN 378501** | | | **Bedding Vendor**<br><br>**05/2009** | | | | 1,041.91 |

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal ➢ | $ | 18,774.57 |
|---|---|---|---|
| | Total ➢ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                 2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | | Case No.: | |
|---|---|---|---|---|---|
| | | Debtor. | | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-0367**<br>**Masland Carpets**<br>**716 Billmyles Drive**<br>**Saraland, AL 36571**<br><br><br>**Masland Carpets**<br>**c/o Financial Adjustment Service**<br>**Dupont Professional Towers**<br>**4010 Dupont Circle, Suite 401**<br>**Louisville, KY 40207** | | | **Rug Vendor**<br><br>**04/2009** | | | | 852.19 |
| Last four digits of ACCOUNT NO.  **XXXX-9329**<br>**Orange County Treasurer Tax Collector**<br>**P.O. Box 1438**<br>**Santa Ana, CA 92702** | | | **Business License Dues** | | | | 1,492.91 |
| Last four digits of ACCOUNT NO.  **XXXX-0000**<br>**Paul & Ani Sassounian**<br>**8136 Stoneridge**<br>**Whittier, CA 92692** | | | **Credit Line**<br><br>**06/2009** | | | | 800.00 |
| Last four digits of ACCOUNT NO.  **XXXX-9434**<br>**Purchase Power**<br>**P.O. Box 856042**<br>**Louisville, KY 40285**<br><br><br>**Purchase Power**<br>**c/o Pitney Bowes**<br>**P.O. Box 856042**<br>**Louisville, KY 40285** | | | **Postage and Equipment Rental**<br><br>**04/2009** | | | | 642.72 |

Sheet no.  8 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ | $ | 3,787.82

Total ▷ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-2043** <br> **RS Pacific Technology Group** <br> **17291 Yosemite Circle** <br> **Huntington Beach, CA 92647** | X | | Copier Services <br><br> 06/2009 | | | | 57.96 |
| Last four digits of ACCOUNT NO.  **XXXX-0001** <br> **Sharon Gonzales** <br> **253  6th Street** <br> **Seal Beach, CA 90740** | | | Merchandise Reimbursement | | | | 3,018.34 |
| Last four digits of ACCOUNT NO.  **XXXX-6000** <br> **Small Business Loan Source, LLC** <br> **9801 Westheimer Road, 11th Floor** <br> **Houston, TX 77042** | | | Unsecured Amount of Loan | | | | 355,322.95 |
| Last four digits of ACCOUNT NO.  **XXXX-5747** <br> **Stanley Furniture Company, Inc.** <br> **P.O. Box 934225** <br> **Atlanta, GA 31193** <br><br><br> **Stanley Furniture Company, Inc.** <br> **c/o Furniture Manufacturers Credit** <br> **P.O. Drawer 5929** <br> **High Point, NC 27262** | | | Furniture Vendor <br><br> 05/2009 | | | | 786.00 |

Sheet no.  9 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 359,185.25 |

Total ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   **XXXX-2409** <br><br> **The Uttermost Co.** <br> **P.O. Box 558** <br> **Rocky Mount, VA 24151** | | | **Accessories Vendor** <br><br> **[may include invoices: X-0454, X-8191]** <br><br> **10/2008 - 05/2009** | | | | 3,470.03 |
| Last four digits of ACCOUNT NO.   **XXXX-0170** <br><br> **United Readers Service, Inc.** <br> **P.O. Box 771747** <br> **Lakewood, OH 44107** | | | **Magazine Subscription** <br><br> **06/2009** | | | | 221.25 |
| Last four digits of ACCOUNT NO.   **XXXX-5000** <br><br> **Vanguard Furniture Company, Inc.** <br> **P.O. Box 951901** <br> **Dallas, TX 75395** <br><br><br> **Vanguard Furniture Company, Inc.** <br> **c/o Furniture Manufacturers Credit** <br> **P.O. Drawer 5929** <br> **High Point, NC 27262** | | | **Furniture Vendor** <br><br> **05/2009** | | | | 4,119.22 |
| Last four digits of ACCOUNT NO.   **XXXX-8206** <br><br> **Verizon California** <br> **P.O. Box 9688** <br> **Mission Hills, CA 91346** <br><br><br> **Verizon California** <br> **c/o Solomon and Solomon, P.C.** <br> **P.O. Box 15019** <br> **Albany, NY 12212** | | | **Telephone Services** <br><br> **06/2009** | | | | 220.34 |

Sheet no.  10 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ˃ | $ | 8,030.84 |
| | | |
| Total ˃ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|-------|-----------------------------------|---|-----------|---|
| | | Debtor. | | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. **XXXX-2860** **Wallcoverings, Inc.** 1325 Farmville Road Memphis, TN 38122 | | | **Windows Treatments Accessories** 06/2009 | | | | 211.35 |
| Last four digits of ACCOUNT NO. **XXXX-9270** **Welcome Wagon International** P.O. Box 9101 Plainview, NY 11803 **Welcome Wagon International c/o Allen Maxwell & Silver 190 Sylvan Avenue Englewood Cliffs, NJ 07632** | | | **Advertising Services** 11/2008 - 06/2009 | | | | 3,266.00 |
| Last four digits of ACCOUNT NO. **XXXX-9603** **Wells Fargo Card Services** P.O. Box 10347 Des Moines, IA 50306 | | | **Credit Line** 04/2006 - 05/2009 | | | | 13,143.19 |
| Last four digits of ACCOUNT NO. **XXXX-5786** **Wells Fargo Card Services** P.O. Box 30086 Los Angeles, CA 90030-0086 | X | | **Credit Card** 04/2006 - 05/2009 | | | | 18,513.93 |

Sheet no.  11  of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 35,134.47

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F)  - (Rev. 12/07)                              **2007 USBC, Central District of California**

| In re | **You Ya Interior Designs, Inc.** | | Case No.: | |
|-------|-----------------------------------|--------|-----------|----------|
|       |                                   | Debtor. |           | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **XXXX-5778**<br>**Wells Fargo Card Services**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** | X | | **Credit Card**<br><br>**04/2006 - 05/2009** | | | | 13,921.40 |

Sheet no. 12 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  |  |  |
|--|--|--|
| Subtotal ➤ | $ | **13,921.40** |
| Total ➤ | $ | **680,348.25** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

Form B6G - (12/07)                                                                 2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|-------|-----------------------------------|-----------|---|
| | Debtor. | | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bella Terra Associates, LLC.**<br>**P.O. Box 31001**<br>**Pasadena, CA 91110** | **Commercial Property Contract** |
| **Graybar Financial Services, LLC**<br>**P.O. Box 550599**<br>**Jacksonville, FL 32255** | **Telephone System (Lease Agreement)** |

Form B6H - (12/07)                                                    2007 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gregory and Srianni Cannan**<br><br><br>**Gregory and Srianni Cannan** | **American Express**<br>**P.O. Box 297804**<br>**Ft. Lauderdale, FL 33329** |
| **Gregory and Srianni Cannan** | **Bella Terra Associates, LLC.**<br>**P.O. Box 31001**<br>**Pasadena, CA 91110** |
| **Gregory and Srianni Cannan** | **First Equity Card**<br>**P.O. Box 84075**<br>**Columbus, GA 31901** |
| **Gregory and Srianni Cannan** | **RS Pacific Technology Group**<br>**17291 Yosemite Circle**<br>**Huntington Beach, CA 92647** |
| **Gregory and Srianni Cannan** | **Small Business Loan Source, LLC**<br>**9801 Westheimer Road, 11th Floor**<br>**Houston, TX 77042** |
| **Gregory and Srianni Cannan** | **Wells Fargo Card Services**<br>**P.O. Box 10347**<br>**Des Moines, IA 50306** |
| **Gregory and Srianni Cannan** | **Wells Fargo Card Services**<br>**P.O. Box 30086**<br>**Los Angeles, CA 90030-0086** |

**Form B6 - Declaration(Rev. 12/07)**                                    **2007 USBC, Central District of California**

| **In re** **You Ya Interior Designs, Inc.** | Case No.: |
|---|---|
| Debtor. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Gregory E. Cannan**, the **Director** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that
they are true and correct to the best of my knowledge, information, and belief.     *(Total shown on summary page plus 1),*

Date ___**12/17/2009**___          Signature:     **/s/, Gregory E. Cannan**

                                                    **Gregory E. Cannan Director**
                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

| In re | You Ya Interior Designs, Inc. | | Case No.: | |
|---|---|---|---|---|
| | | Debtor. | | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 457,700.00 | Business | 2007 |
| 563,828.00 | Business | 2008 |
| 324,602.72 | Business (year-to-date) | 2009 |

## 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 165,827.00 | Shareholder Contributions | 2007 - 2009 |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 12/07)                                    2007 USBC, Central District of California

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑      days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑      benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☑      the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑      immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑      foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
     or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| | | TERMS OF |
| NAME AND ADDRESS | DATE OF | ASSIGNMENT |
| OF ASSIGNEE | ASSIGNMENT | OR SETTLEMENT |

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
     include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| | NAME AND ADDRESS | | DESCRIPTION |
| NAME AND ADDRESS | OF COURT | DATE OF | AND VALUE OF |
| OF CUSTODIAN | CASE TITLE & NUMBER | ORDER | PROPERTY |

## 7.  Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑    ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
     contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
     gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
     joint petition is not filed.)

| NAME AND ADDRESS | RELATIONSHIP | | DESCRIPTION |
| OF PERSON | TO DEBTOR, | DATE | AND VALUE OF |
| OR ORGANIZATION | IF ANY | OF GIFT | GIFT |

## 8.  Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☑    of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must
     include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
     joint petition is not filed.)

| DESCRIPTION | DESCRIPTION OF CIRCUMSTANCES AND, IF | |
| AND VALUE OF | LOSS WAS COVERED IN WHOLE OR IN PART | DATE OF |
| PROPERTY | BY INSURANCE, GIVE PARTICULARS | LOSS |

## 9.  Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☐    consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
     **one year** immediately preceding the commencement of this case.

| | DATE OF PAYMENT, | AMOUNT OF MONEY OR |
| NAME AND ADDRESS | NAME OF PAYOR IF | DESCRIPTION AND VALUE |
| OF PAYEE | OTHER THAN DEBTOR | OF PROPERTY |
| **Law Office of Peter M. Lively** | **Payed by Shareholders** | **$7,500.00** |
| **11965 Venice Blvd., Suite 301** | | |
| **Los Angeles, California 90066-3977** | | |

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 12/07)                                                      2007 USBC, Central District of California

## 10. Other transfers

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank** | **Checking Account No. XXXX-9420** | **06/2009 $100.00** |

## 12. Safe deposit boxes

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 12/07)                                    2007 USBC, Central District of California

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 12/07)                                    2007 USBC, Central District of California

None  ☑  c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

NAME  AND ADDRESS                    DOCKET NUMBER                          STATUS OR
OF GOVERNMENTAL UNIT                                                         DISPOSITION

## 18.  Nature, location and name of business

None  ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  ☑  b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

NAME                                               ADDRESS

## 19.  Books, records and financial statements

None  ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

**Gregory E. Cannan
2959 Crest Road
Rancho Palos Verdes, CA 90275**

**Srianni A. Cannan
2959 Crest Road
Rancho Palos Verdes, CA 90275**

None  ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
the books of account and records, or prepared a financial statement of the debtor.

NAME                ADDRESS                    DATES SERVICES RENDERED

None  ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                               ADDRESS

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 12/07)                          2007 USBC, Central District of California

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐      financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Franchisor** | **04/01/2009** |
| **SBA** | **04/01/2009** |
| **Wells Fargo Bank** | **05/01/2009** |

## 20. Inventories

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
☐      taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **06/23/2009** | **Srianni A. Cannan** | **150,000.00** |

None   b. List the name and address of the person having possession of the records of each of the inventories reported
☐      in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **06/23/2009** | **Srianni A. Cannan**<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA 90275** |

## 21.  Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
☑      partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or
☐      indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gregory E. Cannan**<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA 90275** | **90%** | |
| **Srianni A. Cannan**<br>**2959 Crest Road**<br>**Rancho Palos Verdes, CA 90275** | **10%** | |

## 22.  Former partners, officers, directors and shareholders

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
☑      preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

● ● ● ● ● ● ● ● ●

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **12/17/2009**                          Signature   **/s/, Gregory E. Cannan**

                                                            **Gregory E. Cannan, Director**
                                                            Print Name and Title


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                                      1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **You Ya Interior Designs, Inc.**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

    ☒ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☐ Debtor                    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
   of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
    my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
    attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

    b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)   [Other provisions as needed]
        **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **Adversary Proceedings**

Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)                                    1998 USBC, Central District of California

| In re | **You Ya Interior Designs, Inc.** | Case No.: | |
|-------|-----------------------------------|-----------|--|
| | Debtor. | | (If known) |

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/17/2009

*Date*

**/s/, Peter M. Lively**

*Signature of Attorney*


**Law Office of Peter M. Lively**

*Name of Law Firm*

Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No.      FOR COURT USE ONLY

**Peter M. Lively, Esq.**
**Law Office of Peter M. Lively**
**11965 Venice Blvd., Suite 301**
**Los Angeles, CA 90066**

Phone: **(310) 899-0630**          Fax:   **(310) 899-0632**
California State Bar Number:   **162686**

*Attorney for* **You Ya Interior Design, Inc.**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**You Ya Interior Designs, Inc.**

|  | CHAPTER   **7** |
|---|---|
| Debtor. | CASE NUMBER |
|  | (No Hearing Required) |

## DECLARATION RE:  LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.   I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.   On  *(specify date)* _____ , I agreed with the Debtor that for a fee of _____ **$7,500.00** , I
     would provide only the following services:

   a.   ☑  Prepare and file the Petition and Schedules

   b.   ☑  Represent the Debtor at the 341(a) Hearing

   c.   ☐  Represent the Debtor in any relief from stay actions

   d.   ☐  Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
        11 U.S.C. § 727

   e.   ☐  Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
        11 U.S.C. § 523

   f.   ☑  Other  *(specify):*
        **None**

3.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and
     correct and that this declaration was executed on the following date at the city set forth in the upper left-hand
     corner of this page.

Dated:  **12/17/2009**                                     **Law Office of Peter M. Lively**
                                                           _____
I HEREBY APPROVE THE ABOVE:                                *Law Firm Name*

**/s/, Gregory E. Cannan**                                 By: **/s/, Peter M. Lively**
 Gregory E. Cannan,  *Signature of Debtor*                    _____

                                                           Name:  **Peter M. Lively, Esq.**
                                                                   *Attorney for Debtor*

*Rev. 1/01* This form is optional. It has been approved by the United States Bankrutpcy Court for the Central District of California.                **F 2090-1.1**

                                                                            **F 2090-1.1**

| In re: <br> **You Ya Interior Designs, Inc.** <br><br> Debtor. | CHAPTER   **7** <br> CASE NUMBER |
|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF _____

I am employed in the County of  State of California.
I am over the age of 18 and not a party to the within action.  My business address is as follows:




On _____, I served the foregoing document described as:  DECLARATION RE:
LIMITED SCOPE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties
at their last known address by placing a true and correct copy thereof in a sealed envelope with postage
thereon fully prepaid in the United States Mail at  _____
California, addressed as follows:








❑   Addresses continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:


                                                                            **12/17/2009**
_____          _____
*Type Name*                                        *Signature*

Verification of Creditor Mailing List - (Rev. 10/05)                    2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Peter M. Lively, Esq.**
Address     **Law Office of Peter M. Lively**
            **11965 Venice Blvd., Suite 301**
            **Los Angeles, CA 90066**
Telephone   **(310) 899-0630**

☒ Attorney for Debtor(s)
☐ Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**You Ya Interior Designs, Inc.**<br>**dba; D.O.T.I. Huntington Beach** | Case No.: |
| | Chapter:        **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**9**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **12/17/2009**                          **/s/, Gregory E. Cannan**
                                                 Gregory E. Cannan ,Director

**/s/, Peter M. Lively**
Peter M. Lively, Esq., Attorney *(if applicable)*

YOU YA INTERIOR DESIGNS, INC.
2959 CREST ROAD
RANCHO PALOS VERDES, CA 90275

PETER M. LIVELY, ESQ.
LAW OFFICE OF PETER M. LIVELY
11965 VENICE BLVD., SUITE 301
LOS ANGELES, CA 90066

GREGORY AND SRIANNI CANNAN

GREGORY AND SRIANNI CANNAN

AMERICAN EXPRESS
P.O. BOX 297804
FT. LAUDERDALE, FL 33329

AMERICAN EXPRESS
C/O GC SERVICES
P.O. BOX 46960
SAINT LOUIS, MO 63146

AT&T ADVERTISING SOLUTIONS
P.O. BOX 989046
WEST SACRAMENTO, CA 95798

AT&T ADVERTISING SOLUTIONS
C/O FIRST COLLECTION SERVICE
10925 OTTER CREEK E. BLVD
MABELVALE, AR 72103

BELLA TERRA ASSOCIATES, LLC.
P.O. BOX 31001
PASADENA, CA 91110

BELLA TERRA ASSOCIATES, LLC.
C/O BARRY J. JACOBS
23762 SALVADOR DRIVE
MISSION VIEJO, CA 92691

BEST DESIGNS
4910 LAKAWANA STREET
DALLAS, TX 75247

BLONDER HOME
C/O TBC SAMPLE BOOK CORPORATION
8500 CLINTON ROAD
BROOKLYN, OH 44144

BLONDER HOME
P.O. BOX 200206
PITTSBURGH, PA 15251

CAROLE FABRICS
1597 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CASA FIORA
4817 STARCREST DRIVE
MONROE, NC 28110

CBK, INC.
C/O RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 523
RICHFIELD, OH 44286

CBK, INC.
P.O. BOX 143
UNION CITY, TN 38281

COUNTY OF ORANGE
SEALER OF WEIGHTS & MEASURES
222 E. BRISTOL LANE
ORANGE, CA 92865

DAWN KEENAN-O'NEAL
3116 LAMAM AVE.
LONG BEACH, CA 90808

EASTERN ACCENTS
4201 WEST BELMONT AVE.
CHICAGO, IL 60641

EASTERN ACCENTS
C/O C&W CONSULTANTS
P.O. BOX 8338
ROLLING MEADOWS, IL 60008

FABRICS FOR LIVING STYLE FOR LIFE
P.O. BOX 1270
GAPE GIRARDEAU, MO 63702

FABRICUT, INC.
P.O. BOX 470490
TULSA, OK 74147

FABRICUT, INC.
C/O LEVY, DIAMOND, BELLO & ASSOC.
P.O. BOX 352
MILFORD, CT 06460

FABRICUT, INC.
C/O LAW OFFICES OF LOUIS JACOBS
11693 SAN VICENTE BLVD., SUITE 318
LOS ANGELES, CA 90049

FARMERS INSURANCE
15801 HAWTHORNE, SUITE 490C
LAWNDALE, CA 90260

FEIZY IMPORT & EXPORT COMPANY, LTD.
1949 STEMMONS FREEWAY
DALLAS, TX 75207

FEIZY IMPORT & EXPORT COMPANY, LTD.
C/O ANTHONY VEADER
1949 STEMMONS FREEWAY
DALLAS, TX 75207

FINE FURNITURE DESIGN
BB&T COMMERCIAL FINANCE
P.O. BOX 310
HIGH POINT, NC 27261

FINE FURNITURE DESIGN
1107 NORTH MAIN STREET
HIGH POINT, NC 27262

FIRST EQUITY CARD
P.O. BOX 84075
COLUMBUS, GA 31901

GLOBAL VIEWS
P.O. BOX 11527
FORT WORTH, TX 76110

GREGORY AND SRIANNI CANNAN

GRAYBAR FINANCIAL SERVICES, LLC
P.O. BOX 550599
JACKSONVILLE, FL 32255

GREGORY AND SRIANNI CANNAN

GREGORY AND SRIANNI CANNAN
2959 CREST ROAD
RANCHO PALOS VERDES, CA 90275

GUARDIAN FREIGHT, LLC
P.O. BOX 8500 LB# 8116
PHILADELPHIA, PA 19178

HEKMAN FURNITURE
860 E. MAIN AVE.
ZEELAND, MI 49464

HOOKER FURNITURE CORPORATION
P.O. BOX 404535
ATLANTA, GA 30384

HOOKER FURNITURE CORPORATION
C/O GEORGE L. COHN
P.O. BOX 5000
REDONDO BEACH, CA 90278

HOOKER FURNITURE CORPORATION
C/O FURNITURE MANUFACTURERS CREDIT
P.O. DRAWER 5929
HIGH POINT, NC 27262

INNOVATIVE MERCHANT SOLUTIONS
21215 BURBANK BLVD., SUITE 100
WOODLAND HILLS, CA 91367

JAUNTY CO., INC.
13535 S. FIGUEROA STREET
LOS ANGELES, CA 90061

LEXINGTON HOME BRANDS
1300 NATIONAL HIGHWAY
THOMASVILLE, NC 27360

LUXE THE HOME REDEFINED
3731 NW 8TH AVENUE
BOCA RATON, FL 33431

MAITLAND-SMITH USA, INC.
P.O. BOX 2085
HIGH POINT, NC 27261

MARIO & MARIELENA
1555 INTERSTATE DRIVE
COOKEVILLE, TN 378501

MASLAND CARPETS
C/O FINANCIAL ADJUSTMENT SERVICE
DUPONT PROFESSIONAL TOWERS
4010 DUPONT CIRCLE, SUITE 401
LOUISVILLE, KY 40207

MASLAND CARPETS
716 BILLMYLES DRIVE
SARALAND, AL 36571

ORANGE COUNTY TREASURER TAX COLLECT
P.O. BOX 1438
SANTA ANA, CA 92702

PAUL & ANI SASSOUNIAN
8136 STONERIDGE
WHITTIER, CA 92692

PURCHASE POWER
C/O PITNEY BOWES
P.O. BOX 856042
LOUISVILLE, KY 40285

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285

RS PACIFIC TECHNOLOGY GROUP
17291 YOSEMITE CIRCLE
HUNTINGTON BEACH, CA 92647

SANDOW MEDIA LLC.
C/O JOHNSON, MORGAN & WHITE
6800 BROKEN SOUND PARKWAY
BOCA RATON, FL 33487

SHARON GONZALES
253  6TH STREET
SEAL BEACH, CA 90740

SMALL BUSINESS LOAN SOURCE, LLC
9801 WESTHEIMER ROAD, 11TH FLOOR
HOUSTON, TX 77042

STANLEY FURNITURE COMPANY, INC.
P.O. BOX 934225
ATLANTA, GA 31193

STANLEY FURNITURE COMPANY, INC.
C/O FURNITURE MANUFACTURERS CREDIT
P.O. DRAWER 5929
HIGH POINT, NC 27262

THE UTTERMOST CO.
P.O. BOX 558
ROCKY MOUNT, VA 24151

UNITED READERS SERVICE, INC.
P.O. BOX 771747
LAKEWOOD, OH 44107

VANGUARD FURNITURE COMPANY, INC.
P.O. BOX 951901
DALLAS, TX 75395

VANGUARD FURNITURE COMPANY, INC.
C/O FURNITURE MANUFACTURERS CREDIT
P.O. DRAWER 5929
HIGH POINT, NC 27262

VERIZON CALIFORNIA
C/O SOLOMON AND SOLOMON, P.C.
P.O. BOX 15019
ALBANY, NY 12212

VERIZON CALIFORNIA
P.O. BOX 9688
MISSION HILLS, CA 91346

WALLCOVERINGS, INC.
1325 FARMVILLE ROAD
MEMPHIS, TN 38122

WELCOME WAGON INTERNATIONAL
P.O. BOX 9101
PLAINVIEW, NY 11803

WELCOME WAGON INTERNATIONAL
C/O ALLEN MAXWELL & SILVER
190 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

WELLS FARGO CARD SERVICES
P.O. BOX 30086
LOS ANGELES, CA 90030-0086

WELLS FARGO CARD SERVICES
P.O. BOX 10347
DES MOINES, IA 50306